### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONWIDE MUTUAL FIRE INSURANCE COMPANY, as subrogee of Robert Kauffman,<br><br>Plaintiff,<br><br>v.<br><br>BROAN-NUTONE, LLC,<br><br>Defendant | CIVIL ACTION<br><br>NO. 1:21-cv-01282-CFC |

### STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED** by the parties, through their undersigned counsel, subject to the approval of the Court, that all claims are dismissed with prejudice. Each party to bear their own costs.

Dated: December 2, 2021

| COZEN O'CONNOR | MARON MARVEL BRADLEY ANDERSON & TARDY, LLC |
|---|---|
| */s/ Barry Klayman*<br>Barry M. Klayman (#3676)<br>1201 N. Market Street, Suite 1001<br>Wilmington, DE 19801<br>Telephone: (302) 295-2035<br>Facsimile: (215) 701-2209<br>Email: bklayman@cozen.com<br><br>*Attorneys for Plaintiff* | */s/ Stephanie A. Fox*<br>Stephanie A. Fox (#3165)<br>Stephanie A. Smith (#5805)<br>1201 N. Market Street, Suite 900<br>Wilmington, DE 19801<br>Telephone: (302) 425-5177<br>Facsimile (302) 425-0180<br>saf@maronmarvel.com<br>ssmith@maronmarvel.com<br><br>*Attorneys for Defendant* |

SO ORDERED this _____ day of _____, 2021

_____
J.